IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |
|---|---|
| DAVID SCHAFFNER JR., THERESA SUE SCHAFFNER, <br><br> Plaintiffs, <br><br> vs. <br><br> MONSANTO CORPORATION, <br><br> Defendant, | 2:19-CV-01270-CRE |

## **JUDGMENT**

AND NOW, this 3rd day of October, 2022, it is HEREBY ORDERED that pursuant to Rule 58 of the Federal Rules of Civil Procedure, and the parties' Joint Stipulation for Entry of Judgment and settlement agreement, final judgment is hereby entered in favor of Plaintiffs David Scaffner, Jr. and Theresa Sue Schaffner and against Defendant Monsanto Company as to Count II ("Strict Liability – Failure to Warn"), the sole remaining claim in the Amended Complaint, in the amount of one dollar ($1.00), with each party to bear their own costs and fees.

The Clerk is hereby ORDERED to mark this CASE CLOSED.

BY THE COURT:

s/Cynthia Reed Eddy
United States Magistrate Judge