IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| DAVID SCHAFFNER, JR. and THERESA SUE SCHAFFNER,<br><br>Plaintiffs,<br><br>v.<br><br>MONSANTO CORPORATION<br><br>Defendant. | **_ELECTRONICALLY FILED_**<br><br>Civil Action No. 2:19-cv-1270-CRE |
|---|---|

## NOTICE OF APPEAL

Notice is hereby given that Monsanto Company ("Monsanto"), Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgment entered in favor of Plaintiffs, David and Theresa Schaffner, and against Monsanto, on October 3, 2022 (ECF No. 33).

          Respectfully submitted,

          By: */s/ Michael X. Imbroscio*
          Michael X. Imbroscio, Esq.
          Covington & Burling LLP
          One CityCenter
          850 Tenth St. NW
          Washington, DC 20001
          Tel: (202) 662-5694
          mimbroscio@cov.com
          *Counsel for Defendant Monsanto Company*

Dated: Nov. 1, 2022